JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL EDWARD WOODS, | ) | NO. EDCV 18-1297-CJC (AS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that Judgment is entered in favor of Defendant.

DATED: June 17, 2019.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE